Max Jaffe and Others, Appellants, v. Stephen V. Weld and Others, Respondents.—Order affirmed, with ten dollars costs and disbursements, with leave to plaintiffs to serve amended complaint on payment of costs in this court and in the court below.   No opinion.   Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

The People of the State of New York, Respondent, v. Frank Verdi, Appellant.— Judgment and order affirmed.   No opinion.   Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

Mary J. McNamee, as Executrix, etc., Respondent, v. Catherine R. Chenoweth and Others, Appellants, Impleaded, etc.— Judgments affirmed, with costs.   No opinion.   Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

James S. Alexander and Another, Copartners, etc., Appellants, v. Elizabeth V. Henry, as Executrix, etc., Respondent.— Judgments affirmed, with costs.   No opinion.   Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

Elvira Sala, as Administratrix, etc., Respondent, v. Bradley Contracting Company, Appellant.— Judgment and order affirmed, with costs. No opinion.   Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

William Schmucker, Respondent, v. Maurice Bandler, Appellant.— Order affirmed, with ten dollars costs and disbursements, with leave to defendant to withdraw demurrer and to answer upon payment of costs in this court and in the court below.   No opinion.   Present— Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

Margaret Lane, as Administratrix, etc., Respondent, v. Lion Brewery of New York City, Appellant.— Judgment and order affirmed, with costs. No opinion.   Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.; Clarke and Scott, JJ., dissented on the ground that there is no evidence of freedom from contributory negligence.

Solomon Silberfeld, Appellant, v. Walter T. Kohn, Respondent.— Judgment and order affirmed, with costs.   No opinion.   Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

Artemas Ward, Doing Business under the Trade Name of Ward & Gow, Respondent, v. Morris Park Estates, Appellant.— Judgment and order affirmed, with costs.   No opinion.   Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

The People of the State of New York ex rel. Interborough Rapid Transit Company, Appellant, v. Lawson Purdy and Others, as Commissioners of Taxes and Assessments of the City of New York, Respondents.— Order affirmed, with costs.   No opinion.   Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.